IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00032-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

UNITED STATES,

    Defendant

## ORDER OF DISMISSAL

Plaintiff Timothy Doyle Young is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence in Florence, Colorado. Mr. Young originally filed a Civil Complaint in the United States District Court for the Northern District of California (Northern District of California). The Northern District of California determined that venue in the instant action properly lies in the United States District Court for the District of Colorado and entered an order transferring the action to this Court. In an order entered on February 1, 2008, Magistrate Judge Boyd N. Boland instructed Mr. Young to file his claims on a Court-approved form used in this Court for filing prisoner complaints and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. He further was instructed to submit a certified copy of this trust fund account statement.

As opposed to complying with the February 1, 2008, Order, Plaintiff filed a document titled, "Preliminary Injunction." In the document, Mr. Young asserts that he is

not able to comply with the local rule that requires him to submit multiple copies and the local rule that requires him to submit a certified copy of his trust fund account statement. Based on the Court's findings in *Young v. Bureau of Prisons*, No. 07-cv-02240-BNB (D. Colo. Submitted Oct. 16, 2007) and *Young v. United States*, No. 08-cv-00226-BNB (D. Colo. Transferred form N.D. Calif. Feb. 01, 2008), the Court will dismiss the instant action pursuant to 28 U.S.C. § 1915A(b)(1). Accordingly, it is

ORDERED that the Complaint and action are dismissed pursuant to 28 U.S.C. § 1915A(b)(1). It is

FURTHER ORDERED that the February 1, 2008, Order Directing Plaintiff to cure Deficiencies is amended in line three of Page One to read Northern District of California as opposed to District of Columbia.

DATED at Denver, Colorado, this 9 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00032-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4-10-08.

                                                 GREGORY C. LANGHAM, CLERK

                                     By: _____
                                             Deputy Clerk