IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00032-ZLW

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO AMEND JUDGMENT

---

At issue in the instant action is the *pro se* "Motion to Amend Judgment F.R.Civ. P. #59(e)," filed by Plaintiff Timothy Doyle Young on April 18, 2008. Plaintiff is a federal prisoner incarcerated at ADX in Florence, Colorado. In the Motion, Plaintiff asks that the dismissal entered by the Court on April 10, 2008, not be subject a strike under the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g).

The Court must construe the April 18, 2008, Motion liberally because Mr. Young is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Nonetheless for the reasons stated below, the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the

judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Young filed the Motion to Amend Judgment within ten days after the Judgment was entered. Therefore, the Court will consider the Motion pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

Upon consideration of the Motion and the entire file, the Court finds that Mr. Young fails to demonstrate the existence of any circumstances that would justify a decision to vacate the Judgment with respect to dismissing the Complaint and action under 28 U.S.C. § 1915A(b)(1). Therefore, the Motion to Amend Judgment will be denied. Accordingly, it is

ORDERED that the Motion to Amend Judgment, (Doc. No. 9), filed April 18, 2008, is denied.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00032-BNB

Timothy Doyle Young
Reg. No. 60012-001
USP - MAX
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/24/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk